# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Saad Investments Finance Company (No. 5) Limited<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 09-13985 (KG)<br><br>Ref. No. 6 |

## ORDER ON MOTION TO FILE DOCUMENTS CONTAINING COMMERCIALLY SENSITIVE INFORMATION UNDER SEAL

Upon consideration of the Petitioners' motion (the "Motion"),[1] for entry of an order, pursuant to section 107(b) of the Bankruptcy Code and rule 9018 of the Federal Rules of Bankruptcy Procedure, authorizing the Petitioners to file under seal documents containing Commercially Sensitive Information; and it appearing (a) that this Court has jurisdiction to consider and determine the Motion as a core proceeding pursuant to 28 U.S.C. §§ 157, 1334 and 1501; (b) that venue is proper before this Court pursuant to 28 U.S.C. §§ 1410(1) and 1410(3); and (c) after due deliberation and sufficient cause appearing therefore; it is

ORDERED that pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Petitioners are authorized to file under seal any Commercially Sensitive Information, including, but not limited to, (a) certain portions of Schedule 5 to the Matthews' Declaration; (b) certain portions of the exhibits to the Motion for Provisional Relief; (c) if granted, certain portions of the exhibits to (1) the orders related to the Motion for Provisional Relief and (2) the order recognizing the Cayman Proceeding as a foreign proceeding; and (d) any Commercially Sensitive Information contained in any affidavit of service relating to the foregoing; and it is further

---

[1] All capitalized terms, not herein defined, shall have the same meaning as ascribed to them in the Motion.

ORDERED that any Commercially Sensitive Information may be filed under seal in a sealed envelope marked with the title of the case and bearing a statement substantially in the following form:

**CONFIDENTIAL**

**FILED UNDER SEAL PURSUANT TO AN ORDER DATED NOV. 13, 2009, GOVERNING THE FILING OF DOCUMENTS UNDER SEAL.**

**THIS ENVELOPE IS NOT TO BE OPENED NOR THE CONTENTS THEREOF DISPLAYED OR REVEALED EXCEPT BY COURT ORDER.**

and it is further

ORDERED that both the Bankruptcy Court and the Office of the United States Trustee shall be provided with all copies of Commercially Sensitive Information filed under seal, including, but not limited to, certificates or affidavits of service.

Dated: November 13, 2009
Wilmington, Delaware

*Kevin Gross*
The Honorable Kevin Gross
United States Bankruptcy Judge