**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>Saad Investments Finance Company (No.5) Limited<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 09-13985 (KG)<br><br>**Related Docket Nos. 80** |
|---|---|

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Nicolas Paul Matthews and Geoffrey Eugene Varga (together, as the "Petitioners"), in their capacity as the duly authorized foreign representatives in the liquidation and winding up proceeding in Saad Investments Finance Company (No. 5) Limited, which is currently pending before the Grand Court of the Cayman Islands in Cause No. 390 of 2009 (the "Cayman Islands Proceeding") in the above-referenced cases, and on the 3rd day of March, 2010, he caused a copy of the following:

**FOURTH REVISED ORDER RECOGNIZING FOREIGN PROCEEDING**
**(DOCKET NO. 80)**

to be served upon the parties on the attached service list and the sealed parties via Federal Express Priority Overnight, USPS Priority Mail Overnight or in the manner so indicated.

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 5th day of March, 2010.

Notary Public

MICHELLE L. IFILL
MY COMMISSION EXPIRES OCT. 26, 2011
NOTARY PUBLIC STATE OF DELAWARE

{786.001-W0006343.}

| **Via Hand Delivery**<br><br>David Buchbinder<br>U.S. Trustee<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | **Via Hand Delivery**<br><br>Mark D. Collins, Esq.<br>Lee E. Kaufman, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801 |
|---|---|
| **Via Federal Express**<br><br>Kenneth S. Ziman, Esq.<br>Mary Beth Forshaw, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | |

| 1. | **Saad Investments Company Limited (in Official Liquidation)**<br><br>c/o Grant Thornton Specialist Services (Cayman) Limited<br>Commerce House, 2nd Floor<br>7 Dr. Roy's Drive<br>P.O. Box 1370<br>Grand Cayman, KY1-1108<br>Cayman Islands<br>Attn: Hugh Dickson, Mark Byers and Steve Akers, in their capacity as the Joint Official Liquidators of Saad Investments Finance Company Limited (in Official Liquidation)<br><br>- and -<br><br>c/o Walkers<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman KY1-9001<br>Cayman Islands<br>Attn: Colette Wilkins |
|---|---|

| | |
|---|---|
| 2. | **Barclays Bank PLC**<br><br>Barclays Bank PLC<br>Philip Aiken<br>Vice-President, Legal Department<br>1 Churchill Place<br>London E14 5HP<br>United Kingdom |
| 3. | **Mr. Maan Abdulwaheed Al Sanea**<br><br>c/o Saad Trading and Contracting Co.<br>P.O. Box 3250<br>Al Khobar, 31952<br>Kingdom of Saudi Arabia<br><br>- and -<br><br>c/o Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10116-0193<br>Attn: Robert F. Serio, Esq., Gabriel Herrmann, Esq.<br><br>- and -<br><br>c/o Appleby<br>Clifton House<br>75 Fort Street<br>PO Box 190<br>Grand Cayman KY1-1104<br>Cayman Islands<br>Attn: Jeremy Walton |

| | |
|---|---|
| 4. | **Awal Bank BSC**<br><br>Entrance 3, Level 1<br>The Manana Center<br>Government Avenue<br>Kingdom of Bahrain<br><br>- and -<br><br>c/o Charles Russell, LLP (External Administrator of Awal Bank, BSC)<br>5 Fleet Place<br>London EC4M 7RD<br>United Kingdom<br><br>- and -<br><br>c/o Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Attn: Daniel L. Brockett, Esq., Christine H. Chung, Esq. |

| 5. | **Ahmed Hamad Al Gosaibi & Brothers Co.**<br><br>P.O. Box 106<br>Al Khobar 31952<br>Kingdon of Saudi Arabia<br><br>- and -<br><br>c/o Solomon Blum Heymann & Stich, LLP<br>40 Wall Street<br>New York, NY 10005<br>Attn: David P. Stich, Esq.<br><br>- and -<br><br>c/o Baach Robinson & Lewis, PLLC<br>1201 F. Street, NW<br>Suite 500<br>Washington, DC 20004<br>Attn: Bruce R. Grace, Esq., Elizabeth Marvin, Esq., Katherine Toomey, Esq.<br><br>- and -<br><br>c/o Mourant du Feu & Jeune<br>Harbour Centre<br>42 North Church Street, PO Box 1348<br>George Town, Grand Cayman KY1 1108<br>Cayman Islands<br>Attn: Simon Hayden |
|---|---|

| | |
|---|---|
| 6. | **MashreqBank PSC**<br><br>P.O. Box 1250,<br>Near Al Ghurair City, Deira<br>Dubai, United Arab Emirates<br><br>- and -<br><br>50 Broadway, Suite 1500<br>New York, NY 10004<br><br>- and -<br><br>c/o Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: David E. Brodsky, Esq., Carmine D. Boccuzzi, Jr., Esq. |
| 7. | Filed Under Seal |
| 8. | Filed Under Seal |
| 9. | Filed Under Seal |
| 10. | Filed Under Seal |
| 11. | Filed Under Seal |
| 12. | Filed Under Seal |
| 13. | Filed Under Seal |
| 14. | Filed Under Seal |
| 15. | Filed Under Seal |
| 16. | Filed Under Seal |
| 17. | Filed Under Seal |
| 18. | Filed Under Seal |
| 19. | Filed Under Seal |
| 20. | Filed Under Seal |
| 21. | Filed Under Seal |
| 22. | Filed Under Seal |
| 23. | Filed Under Seal |
| 24. | Filed Under Seal |
| 25. | Filed Under Seal |